UNITED STATES COURT OF INTERNATIONAL TRADE        FORM 1

| | |
|---|---|
| FOREO, Inc.<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES,<br>                              Defendant. | S U M M O N S<br>Court No.  26-00901 |

**TO:**   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

### PROTEST

| Port(s) of Entry: | 2704 | Center (if known): | 001-Pharmaceutical, Health & Checmicals |
|---|---|---|---|
| Protest Number: | 2704-20-124245 and per attached | Date Protest Filed: | 04/29/2020 |
| Importer: | Foreo, Inc. | Date Protest Denied: | 08/11/2025 |
| Category of Merchandise: | LUNA 2, LUNA Mini 2, LUNA fofo, etc. | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 277-01665831 | 12/05/2018 | 11/01/2019 | | | |
| 277-01666540 | 12/05/2018 | 11/01/2019 | | | |
| 277-01666961 | 12/09/2018 | 11/01/2019 | | | |
| | | | | | |

Michael E. Roll
Roll & Harris LLP
2121 Avenue of the Stars Suite 800
Los Angeles, CA 90067
310.294.9501
michael.roll@thetradelawfirm.com

Name, Firm, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

**CONTESTED ADMINISTRATIVE DECISION**

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| FOREO LUNA 2, LUNA Mini 2, LUNA fofo, etc. | 8509.80.50 | 4.2% | 9019.10.20 | FREE |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Whether the LUNA 2, LUNA Mini, LUNA fofo and other LUNA products are more properly classified as "massage appartus" (claimed) rather than as "electromechanical domestic appliance" (liquidated/protested decision).

The issue which was common to all such denied protests:
The tariff classification of the LUNA 2, LUNA Mini, LUNA fofo, and other LUNA products.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

/s/Michael E. Roll
*Signature of Plaintiff's Attorney*

January 31, 2026
*Date*

**SCHEDULE OF PROTESTS**

001-Pharmaceutical, Health & Chemicals
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-20-124245 | 4/29/2020 | 8/11/2025 | 27701665831 | 12/05/2018 | 11/01/2019 | 2704 |
| 2704-20-124245 | 4/29/2020 | 8/11/2025 | 27701666540 | 12/05/2018 | 11/01/2019 | 2704 |
| 2704-20-124245 | 4/29/2020 | 8/11/2025 | 27701666961 | 12/09/2018 | 11/01/2019 | 2704 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701693775 | 06/24/2019 | 05/22/2020 | 2704 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701688668 | 05/02/2019 | 03/27/2020 | 2720 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701695127 | 06/18/2019 | 05/15/2020 | 2722 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701700117 | 07/03/2019 | 05/29/2020 | 2720 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701696653 | 07/15/2019 | 06/12/2020 | 2704 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | AEK62080020 | 07/25/2019 | 06/19/2020 | 4197 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701704291 | 08/05/2019 | 06/19/2020 | 2722 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701706114 | 08/13/2019 | 07/10/2020 | 2720 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701706155 | 08/14/2019 | 07/10/2020 | 2704 |
| 2704-20-144173 | 9/23/2020 | 8/11/2025 | 27701707690 | 08/26/2019 | 07/24/2020 | 2720 |
| 2791-20-101883 | 11/25/2020 | 8/11/2025 | AEK61774417 | 07/09/2019 | 05/29/2020 | 2791 |
| 2791-20-101894 | 12/16/2020 | 8/11/2025 | AEK62247645 | 07/24/2019 | 06/19/2020 | 2791 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701707047 | 08/21/2019 | 07/17/2020 | 2704 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701708805 | 09/21/2019 | 08/14/2020 | 2704 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701713862 | 10/10/2019 | 09/04/2020 | 2704 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701711585 | 09/23/2019 | 08/21/2020 | 2720 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701711593 | 09/23/2019 | 08/21/2020 | 2720 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701713730 | 10/09/2019 | 09/04/2020 | 2720 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701715917 | 10/23/2019 | 09/18/2020 | 2720 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701716733 | 10/29/2019 | 09/25/2020 | 2720 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701716774 | 10/29/2019 | 09/25/2020 | 2720 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701711601 | 09/23/2019 | 08/21/2020 | 2722 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701713508 | 10/10/2019 | 09/04/2020 | 2722 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | 27701716881 | 10/29/2019 | 09/25/2020 | 2722 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | AEK64908806 | 10/12/2019 | 09/04/2020 | 2791 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | AEK65159201 | 10/20/2019 | 09/11/2020 | 2791 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | AEK65706688 | 11/04/2019 | 09/25/2020 | 2791 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | AEK62952483 | 08/16/2019 | 07/10/2020 | 4197 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | AEK63709163 | 09/12/2019 | 08/07/2020 | 4197 |
| 2704-21-150092 | 1/6/2021 | 8/11/2025 | AEK64096735 | 09/19/2019 | 08/14/2020 | 4197 |
| **continued** | | | **continued** | | *PAGE 1* | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

## SCHEDULE OF PROTESTS

001-Pharmaceutical, Health & Chemicals
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701718051 | 11/07/2019 | 10/02/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701718705 | 11/12/2019 | 10/09/2020 | 2722 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701719489 | 11/18/2019 | 10/16/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701719679 | 11/18/2019 | 10/16/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701720313 | 11/22/2019 | 10/23/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701720651 | 11/25/2019 | 10/23/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701721238 | 11/29/2019 | 10/23/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701721683 | 12/03/2019 | 10/30/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701721691 | 12/03/2019 | 10/30/2020 | 2791 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701722806 | 12/10/2019 | 11/06/2020 | 2704 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701723119 | 12/11/2019 | 11/06/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701723275 | 12/12/2019 | 11/06/2020 | 4197 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701723861 | 12/16/2019 | 11/13/2020 | 4197 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701721840 | 12/22/2019 | 11/20/2020 | 2704 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701722053 | 12/23/2019 | 11/20/2020 | 2704 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701722681 | 12/26/2019 | 11/20/2020 | 2704 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701723416 | 01/02/2020 | 11/27/2020 | 2704 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701725437 | 01/02/2020 | 11/27/2020 | 2791 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701727151 | 01/17/2020 | 12/18/2020 | 2720 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701725031 | 01/20/2020 | 12/18/2020 | 2704 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | 27701726203 | 01/28/2020 | 12/18/2020 | 2704 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | AEK65543677 | 11/01/2019 | 10/02/2020 | 2791 |
| 2720-21-103908 | 3/31/2021 | 8/11/2025 | AEK65701705 | 11/05/2019 | 10/02/2020 | 2791 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701729421 | 02/10/2020 | 01/08/2021 | 2722 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701727326 | 02/12/2020 | 01/08/2021 | 2704 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701728225 | 02/12/2020 | 01/08/2021 | 2704 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701730411 | 02/14/2020 | 01/08/2021 | 2722 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701731146 | 02/19/2020 | 01/15/2021 | 4197 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701732359 | 03/04/2020 | 01/29/2021 | 2720 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701733860 | 03/27/2020 | 02/19/2021 | 2722 |
| 2722-21-100035 | 7/6/2021 | 8/11/2025 | 27701734736 | 04/20/2020 | 03/19/2021 | 2704 |
| **continued** | | | **continued** | | *PAGE 2* | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

## SCHEDULE OF PROTESTS

001-Pharmaceutical, Health & Checmicals
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701737507 | 05/13/2020 | 04/09/2021 | 2791 |
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701735527 | 05/18/2020 | 04/16/2021 | 2722 |
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701738026 | 05/18/2020 | 04/16/2021 | 2791 |
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701737382 | 05/28/2020 | 04/23/2021 | 2704 |
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701739602 | 06/16/2020 | 05/14/2021 | 2704 |
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701739552 | 06/19/2020 | 05/14/2021 | 2704 |
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701738513 | 06/22/2020 | 05/21/2021 | 2704 |
| 2791-21-102033 | 10/6/2021 | 8/11/2025 | 27701741053 | 06/30/2020 | 05/28/2021 | 2704 |
| 2720-21-104295 | 12/8/2021 | 8/11/2025 | 27701744560 | 07/13/2020 | 06/11/2021 | 2720 |
| 2720-21-104295 | 12/8/2021 | 8/11/2025 | 27701743729 | 07/19/2020 | 06/18/2021 | 2704 |
| 2720-21-104295 | 12/8/2021 | 8/11/2025 | 27701745542 | 07/24/2020 | 06/25/2021 | 2720 |
| 2720-21-104295 | 12/8/2021 | 8/11/2025 | 27701745328 | 08/10/2020 | 07/09/2021 | 2704 |
| 2720-21-104295 | 12/8/2021 | 8/11/2025 | 27701747621 | 08/10/2020 | 07/09/2021 | 2720 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701746094 | 08/16/2020 | 07/16/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701746987 | 08/24/2020 | 07/23/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701748025 | 09/03/2020 | 08/06/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701749296 | 09/22/2020 | 08/20/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | SCS23999032 | 09/26/2020 | 08/20/2021 | 1195 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701753116 | 09/29/2020 | 08/27/2021 | 4197 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701750716 | 10/05/2020 | 09/03/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701752928 | 10/21/2020 | 09/10/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701750849 | 10/22/2020 | 09/17/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701756846 | 11/03/2020 | 10/01/2021 | 2720 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701756861 | 11/04/2020 | 10/01/2021 | 4197 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701757083 | 11/05/2020 | 10/01/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701757802 | 11/09/2020 | 10/08/2021 | 2791 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701757810 | 11/09/2020 | 10/08/2021 | 2720 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701755517 | 11/16/2020 | 10/15/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701756770 | 11/17/2020 | 10/15/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701761572 | 12/07/2020 | 11/05/2021 | 2791 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701761598 | 12/07/2020 | 11/05/2021 | 2791 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701758701 | 12/12/2020 | 11/05/2021 | 2704 |
| 2704-22-159156 | 1/12/2022 | 8/11/2025 | 27701759980 | 12/23/2020 | 11/26/2021 | 2704 |
| **Continued** | | | **Continued** | | *PAGE 3* | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

## SCHEDULE OF PROTESTS

001-Pharmaceutical, Health & Chemicals
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701763958 | 01/18/2021 | 12/17/2021 | 2704 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701762703 | 01/20/2021 | 12/17/2021 | 2704 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701774690 | 03/02/2021 | 01/28/2022 | 2720 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701775473 | 03/08/2021 | 02/04/2022 | 2791 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701775788 | 03/10/2021 | 02/04/2022 | 2720 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701776216 | 03/12/2021 | 02/04/2022 | 2791 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701777933 | 03/25/2021 | 02/18/2022 | 2791 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701777941 | 03/25/2021 | 02/18/2022 | 2791 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701776174 | 04/02/2021 | 02/25/2022 | 2704 |
| 2704-22-160817 | 6/15/2022 | 8/11/2025 | 27701778170 | 04/20/2021 | 03/18/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701797360 | 09/01/2021 | 07/29/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701800263 | 09/14/2021 | 08/12/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701806054 | 09/15/2021 | 08/12/2022 | 2720 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701807268 | 09/24/2021 | 08/19/2022 | 2720 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701812201 | 10/17/2021 | 08/19/2022 | 2720 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701811013 | 10/24/2021 | 09/16/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701805270 | 10/28/2021 | 09/02/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701805296 | 10/28/2021 | 09/02/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701806401 | 11/09/2021 | 10/07/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701811195 | 11/09/2021 | 10/07/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701815683 | 11/14/2021 | 10/14/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701812367 | 11/24/2021 | 10/21/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701824271 | 12/22/2021 | 11/18/2022 | 5296 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701824339 | 12/22/2021 | 11/18/2022 | 4197 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701817325 | 12/23/2021 | 11/04/2022 | 2704 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701824354 | 12/23/2021 | 11/25/2022 | 5296 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701824362 | 12/23/2021 | 11/25/2022 | 2791 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701824404 | 12/23/2021 | 11/25/2022 | 4197 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701824545 | 12/23/2021 | 11/25/2022 | 2791 |
| 2704-23-164233 | 1/25/2023 | 8/11/2025 | 27701824610 | 12/23/2021 | 11/25/2022 | 2791 |
| **Continued** | | | **Continued** | | *PAGE 4* | |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

## SCHEDULE OF PROTESTS

001-Pharmaceutical, Health & Chemicals
_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 2704-23-167622 | 8/9/2023 | 8/11/2025 | 27701826755 | 03/15/2022 | 02/10/2023 | 2704 |
| 2704-23-167622 | 8/9/2023 | 8/11/2025 | 27701836440 | 04/09/2022 | 03/03/2023 | 2704 |
| 2704-23-167622 | 8/9/2023 | 8/11/2025 | 27701837943 | 04/23/2022 | 03/17/2023 | 2704 |
| 2704-23-167622 | 8/9/2023 | 8/11/2025 | 27701853627 | 07/30/2022 | 06/23/2023 | 2704 |
| 2704-23-167622 | 8/9/2023 | 8/11/2025 | 27701855655 | 08/14/2022 | 07/07/2023 | 2704 |
| 2704-23-167622 | 8/9/2023 | 8/11/2025 | AEK18123651 | 08/28/2022 | 07/21/2023 | 4197 |
| 2704-24-169309 | 2/7/2024 | 8/11/2025 | 27701859988 | 09/14/2022 | 08/11/2023 | 2704 |
| 2704-24-169309 | 2/7/2024 | 8/11/2025 | 33619946326 | 02/07/2023 | 01/05/2024 | 2722 |

*PAGE 5*

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26 ,2021; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)